```
BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998


CAINE & WEINER
ATTN: BANKRUPTCY
5805 SEPULVEDA BLVD
SHERMAN OAKS CA 91411


CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130


CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15298
WILMINGTON DE 19850


FEDLOAN SERVICING
ATTN: BANKRUPTCY
PO BOX 69184
HARRISBURG PA 17106


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
P O BOX 21126
PHILADELPHIA PA 19114-0326


LINOLN AUTOMOTIVE FINANCIAL SERVICES
ATTN: BANKRUPTCY
PO BOX 542000
OMAHA NE 68154


NORMAN REGIONAL HEALTH SYSTEM
BUSINESS OFFICE
PO BOX 268961
OKLAHOMA CITY OK 73126
```

```
OKLAHOMA TAX COMMISSION
PO BOX 269060
OKLAHOMA CITY OK 73126-9060


RENTTRACK
ATTN: BANKRUPTCY
4601 EXCELSIOR BLVD #503
ST LOUIS PARK MN 55416


SECURITY NAT AUTO ACCE
6951 SINTAS BLVD
MASON OH 45040


U S ATTORNEY
IRS BANKRUPTCY
210 W PARK SUITE 400
OKLAHOMA CITY OK 73102


US AG CIVIL TRIAL SECTION
CENTRAL REGION
P O BOX 7238
BEN FRANKLIN STATION
WASHINGTON DC 20044


VERIZON WIRELESS
ATTN: BANKRUPTCY
500 TECHNOLOGY DR, STE 550
WELDON SPRING MO 63304
```