Certificate Number: 12459-OKW-CC-033081899



12459-OKW-CC-033081899

# CERTIFICATE OF COUNSELING

I CERTIFY that on July 9, 2019, at 11:17 o'clock AM PDT, Aaron Easton received from Abacus Credit Counseling, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Western District of Oklahoma, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:  July 9, 2019           By:   /s/Amanda Alumbaugh

                              Name: Amanda Alumbaugh

                              Title: Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).