LOCAL FORM 2
PAY ADVICE COVER SHEET

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

In re: )
    **Aaron Wayne Easton**, )
    **Chanell Renee Easton**, )    Case No. **19-13096**
)     Chapter **7**
Debtor.. )

**PAY ADVICE COVER SHEET**

The following pay advice/income record information is filed on behalf of the debtors:

☑ Pay advices are attached as follows:

| Employer | Beginning date | Ending date |
|---|---|---|
| Self employed P&L statements | 01/01/19 | 06/30/19 |

☐ The debtor certifies by his/her signature below that he/she has no pay records because: _____

Dated on **August 12, 2019**.

**/s/ Aaron Wayne Easton**

**Aaron Wayne Easton**

(Debtor Signature)

**/s/ Chanell Renee Easton**

**Chanell Renee Easton**

(Joint Signature)

☐ Pro se Debtor

☑ Represented by Counsel

**/s/ B David Sisson OBA**

(Attorney Signature)

**B David Sisson OBA 13617**
**P O Box 534/305 E Comanche**
**Norman, OK 73070**
**(405) 447-2521**
**(405) 447-2552**
**sisson@sissonlawoffice.com**
**Attorney for debtors**

**Profit and Loss Statement**

|  |  |  | 2019 |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  |  |  | January | February | March | April | May | June |
| Income |  |  |  |  |  |  |  |  |
|  |  | American Income Life | 2,255.21 | 4,690.31 | 4,905.44 | 2,469.91 | 6,968.43 | 6,326.68 |
|  |  | **Total Gross Revenue** | **2,255.21** | **4,690.31** | **4,905.44** | **2,469.91** | **6,968.43** | **6,326.68** |
| Expenses |  |  |  |  |  |  |  |  |
|  |  | Cell Phone | 255 | 367.9 | 250 | 251.25 | 251.25 | 251.25 |
|  |  | Mileage | 1,740.73 | 2,099.09 | 1,282.56 | 1,386 | 1,494.17 | 844.45 |
|  |  | **Total Expenses** | **1,995.73** | **2,466.99** | **1,532.56** | **1,637.25** | **1,745.42** | **1,095.7** |
| Monthly Net Profit/(Loss) |  |  | 259.48 | 2,223.32 | 3,372.88 | 832.66 | 5,223.01 | 5,230.98 |

# Chanell Easton

**Profit and Loss Statement**

|  |  |  | 2019 |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  |  |  | January | February | March | April | May | June |
| Income |  |  |  |  |  |  |  |  |
|  |  | Ubuildit Construction | 0 | 105 | 2,257.51 | 2,463.13 | 3,862.25 | 0 |
|  |  | American Income Life | 0 | 582.19 | 13.3 | 0 | 0 | 2,437.5 |
|  |  | **Total Gross Revenue** | **0** | **687.19** | **2,270.81** | **2,463.13** | **3,862.25** | **2,437.5** |
| Expenses |  |  |  |  |  |  |  |  |
|  |  | Expenses | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | **Total Expenses** | **0** | **0** | **0** | **0** | **0** | **0** |
| Monthly Net Profit/(Loss) |  |  | 0 | 687.19 | 2,270.81 | 2,463.13 | 3,862.25 | 2,437.5 |
|  |  |  |  |  |  |  |  |  |
| Household Gross Revenue |  |  | 2,255.21 | 5,377.5 | 7,176.25 | 4,933.04 | 10,830.68 | 8,764.18 |
| Household Total Expenses |  |  | 1,995.73 | 2,466.99 | 1,532.56 | 1,637.25 | 1,745.42 | 1,095.7 |
| Househould Net Profit/(Loss) |  |  | 259.48 | 2,910.51 | 5,643.69 | 3,295.79 | 9,085.26 | 7,668.48 |