OKLAHOMA TAX COMMISSION

LIEN HOLDERS RELEASE FORMS

L1688089360



VIN: 3FA6P0H7XGR397353  VEHYR: 2016  MAKE: FORD  MODEL: FUSION  BODY: SD
AGNT #: M1431
LIEN DATE: 07/10/2018
LIEN DEBTOR: CAB WEST LLC

CAB WEST LLC
1845 RIVER RUN DR
MARYSVILLE CA 95901-8271



LIEN HOLDER: HTD LSG LLC

HTD LSG LLC
PO BOX 105704
ATLANTA GA 30348-5704

REF#: L1688089360

TO: OKLAHOMA TAX COMMISSION
MOTOR VEHICLE DIVISION
P.O. BOX 269061
OKLAHOMA CITY OK 73126



TO WHOM IT MAY CONCERN: WE HAVE RELEASED OUR SECURITY INTEREST IN THE MOTOR VEHICLE DESCRIBED ABOVE, EFFECTIVE ON THE DATE WHICH APPEARS BY MY SIGNATURE. PLEASE REVISE YOUR RECORDS TO REFLECT THIS RELEASE.
SIGNATURE OF REPRESENTATIVE OF SECURED PARTY

X _____     DATE _____

**LENDER: TO ENSURE PROPER PROCESSING OF YOUR COMPLETED LIEN RELEASE, PLEASE NOTE THE FOLLOWING.**

DO NOT ALTER THIS DOCUMENT

NO STAPLES

NO TAPE

NO FOREIGN FIXTURES OR ATTACHMENTS

NO WRITING OR MARKING
(OTHER THAN SIGNATURE AND DATE FOR RELEASE)

DO NOT ALTER THE SIZE OF THIS DOCUMENT