Label Matrix for local noticing
1087-5
Case 19-13096
Western District of Oklahoma
Oklahoma City
Mon Sep 16 11:47:52 CDT 2019

USBC Western District of Oklahoma
215 Dean A. McGee
Oklahoma City, OK 73102-3426

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Caine & Weiner
Attn: Bankruptcy
5805 Sepulveda Blvd
Sherman Oaks CA 91411-2546

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City UT 84130-0285

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington DE 19850-5298

FedLoan Servicing
Attn: Bankruptcy
Po Box 69184
Harrisburg PA 17106-9184

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Linoln Automotive Financial Services
Attn: Bankruptcy
Po Box 542000
Omaha NE 68154-8000

Norman Regional Health System
Business Office
PO Box 268961
Oklahoma City OK 73126-8961

(p)OKLAHOMA TAX COMMISSION
GENERAL COUNSEL S OFFICE
100 N BROADWAY AVE SUITE 1500
OKLAHOMA CITY OK 73102-8601

RentTrack
Attn: Bankruptcy
4601 Excelsior Blvd #503
St Louis Park MN 55416-4977

Security Nat Auto Acce
6951 Sintas Blvd
Mason OH 45040-8923

U S ATTORNEY
IRS BANKRUPTCY
210 W PARK SUITE 400
OKLAHOMA CITY OK 73102-5602

US AG CIVIL TRIAL SECTION
CENTRAL REGION
P O BOX 7238
BEN FRANKLIN STATION
WASHINGTON DC 20044-7238

United States Trustee
United States Trustee
215 Dean A. McGee Ave., 4th Floor
Oklahoma City, OK 73102-3479

Verizon Wireless
Attn: Bankruptcy
500 Technology Dr, Ste 550
Weldon Spring MO 63304-2225

Aaron Wayne Easton
1712 SE 17th Street
Oklahoma City, OK 73160-7437

B David Sisson
PO Box 534
305 E Comanche St
Norman, OK 73069-6008

Chanell Renee Easton
1712 SE 17th Street
Oklahoma City, OK 73160-7437

Lyle R. Nelson
Two Leadership Square
211 N. Robinson, Ste 1300
Oklahoma City, OK 73102-7222

Matthew Clay Goodin
The Goodin Law Firm
Old School Business Center
201 N. Broadway, Suite 106
Moore, OK 73160-5135

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank Of America
Po Box 982238
El Paso Tx 79998

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
P O BOX 21126
Philadelphia PA 19114-0326

OKLAHOMA TAX COMMISSION
PO BOX 269060
Oklahoma City OK 73126-9060

End of Label Matrix
Mailable recipients    21
Bypassed recipients     0
Total                  21