United States Bankruptcy Court
Western District of Oklahoma

In re:  
Aaron Wayne Easton  
Chanell Renee Easton  
      Debtors

Case No. 19-13096-SAH  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 1087-5      User: snet      Page 1 of 2      Date Rcvd: Oct 29, 2019  
                       Form ID: 318      Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2019.

```
db/jdb         +Aaron Wayne Easton,    Chanell Renee Easton,    1712 SE 17th Street,
                 Oklahoma City, OK 73160-7437
6353904        +Caine & Weiner,    Attn: Bankruptcy,    5805 Sepulveda Blvd,    Sherman Oaks CA 91411-2546
6353907        +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg PA 17106-9184
6353909        +Linoln Automotive Financial Services,     Attn: Bankruptcy,    Po Box 542000,
                 Omaha NE 68154-8000
6353910        +Norman Regional Health System,    Business Office,    PO Box 268961,
                 Oklahoma City OK 73126-8961
6353911       ++OKLAHOMA TAX COMMISSION,    GENERAL COUNSEL S OFFICE,    100 N BROADWAY AVE SUITE 1500,
                 OKLAHOMA CITY OK 73102-8601
                (address filed with court:   OKLAHOMA TAX COMMISSION,    PO BOX 269060,
                 Oklahoma City OK 73126-9060)
6353912        +RentTrack,    Attn: Bankruptcy,    4601 Excelsior Blvd #503,    St Louis Park MN 55416-4977
6353914        +U S ATTORNEY,    IRS BANKRUPTCY,    210 W PARK SUITE 400,    OKLAHOMA CITY OK 73102-5602
6353915        +US AG CIVIL TRIAL SECTION,    CENTRAL REGION,    P O BOX 7238,    BEN FRANKLIN STATION,
                 WASHINGTON DC 20044-7238
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr             +EDI: QLRNELSON.COM Oct 30 2019 02:53:00      Lyle R. Nelson,    Two Leadership Square,
                 211 N. Robinson, Ste 1300,    Oklahoma City, OK 73102-7222
cr              EDI: FORD.COM Oct 30 2019 02:53:00      Ford Motor Credit Company, LLC.,    PO Box 62180,
                 Colorado Springs, CO  80962
6353903         EDI: BANKAMER.COM Oct 30 2019 02:53:00      Bank Of America,    Po Box 982238,    El Paso TX 79998
6353905        +EDI: CAPITALONE.COM Oct 30 2019 02:53:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City UT 84130-0285
6353906        +EDI: CHASE.COM Oct 30 2019 02:53:00      Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                 Wilmington DE 19850-5298
6353908         EDI: IRS.COM Oct 30 2019 02:53:00      INTERNAL REVENUE SERVICE,
                 CENTRALIZED INSOLVENCY OPERATIONS,    P O BOX 21126,    Philadelphia PA 19114-0326
6353913        +E-mail/Text: bankruptcy@snaac.com Oct 29 2019 23:00:29      Security Nat Auto Acce,
                 6951 Sintas Blvd,    Mason OH 45040-8923
6353916        +EDI: VERIZONCOMB.COM Oct 30 2019 02:53:00      Verizon Wireless,    Attn: Bankruptcy,
                 500 Technology Dr, Ste 550,    Weldon Spring MO 63304-2225
                                                                                              TOTAL: 8
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2019                                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2019 at the address(es) listed below:

         B David Sisson    on behalf of Debtor Aaron Wayne Easton sisson@sissonlawoffice.com,  
         megan@sissonlawoffice.com,alexis@sissonlawoffice.com  
         B David Sisson    on behalf of Joint Debtor Chanell Renee Easton sisson@sissonlawoffice.com,  
         megan@sissonlawoffice.com,alexis@sissonlawoffice.com  
         Lyle R. Nelson     lyle@lylenelsonlaw.com, ok04@ecfcbis.com;lrnelson@ecf.axosfs.com  
         Matthew Clay Goodin     on behalf of Joint Debtor Chanell Renee Easton mgoodin@goodinlawfirm.org,  
         lselph@goodinlawfirm.org;egoodin@goodinlawfirm.org

```
District/off: 1087-5            User: snet                 Page 2 of 2                  Date Rcvd: Oct 29, 2019
                                Form ID: 318               Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Matthew Clay Goodin    on behalf of Debtor Aaron Wayne Easton mgoodin@goodinlawfirm.org, lselph@goodinlawfirm.org;egoodin@goodinlawfirm.org
          Roger D. Everett    on behalf of Creditor    Ford Motor Credit Company, LLC. rdelaw@juno.com
          United States Trustee    Ustpregion20.oc.ecf@usdoj.gov

                                                                                                                                                                                         TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Aaron Wayne Easton**<br>First Name   Middle Name   Last Name | Social Security number or ITIN **xxx−xx−9887**<br>EIN _ _−_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Chanell Renee Easton**<br>First Name   Middle Name   Last Name | Social Security number or ITIN **xxx−xx−9295**<br>EIN _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Western District of Oklahoma** | | |
| Case number: **19−13096 − SAH** | | |

# Order of Discharge                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Aaron Wayne Easton

Chanell Renee Easton
fka Channell Renee Bright, fka Chanell Renee Bright

October 29, 2019

**By the court:** Sarah A. Hall
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                               **Order of Discharge**                                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2